JS 45 (01/2008)

# Criminal Case Cover Sheet  U.S. District Court

**Place of Offense:**   Under Seal: Yes ___ No xxx   Judge Assigned: __GBL__

City _____ Superseding Indictment _____ Criminal Number: 10 cr __394__

County/Parish __Prince William__  Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: __Zachary Adam Chesser__

**Defendant Information:**

Juvenile --Yes ___ No _x_   FBI # _____

Defendant Name: __Proscovia Kampire Nzabanita__  Alias Name(s) _____

Address: ▉▉▉▉▉, Bristow, Virginia, VA 22044

Employment: _____

Birth date ▉▉▉ SS# ▉▉▉  Def Sex _f_  Race ____ Nationality __Uganda__  Place of Birth _____

Height _____ Weight ____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: xx No ___ Yes  List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _x_ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: __David Smith__    xxx Court Appointed    Counsel conflicted out: _____

525 King Street

Address: __Alexandria, VA 22314__    ___ Retained

Telephone: __703.548.8911__    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __Gordon Kromberg__  Telephone No: __299.3721__    Bar #__33676__

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI SA Paula Menges, 703.212.4529

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1001 | false statement | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: __8 Oct Mar 10__    Signature of AUSA: _(signature)_