AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT

- 8 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 01-10cr-394 |
| Procovia Kampire Nzabanita | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-8-10

_Nzabanita_
Defendant's signature

_David Smith_
Signature of defendant's attorney

David B. Smith
Printed name of defendant's attorney

/s/
Judge's signature

Gerald Bruce Lee
United States District Judge
Judge's printed name and title