AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT

- 8 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. ) Case No. 01-10cr-394
)
Procovia Kampire Nzabanita )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-8-10

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David B. Smith
*Printed name of defendant's attorney*

/s/
_____
Gerald Bruce Lee *Judge's signature*
United States District Judge
*Judge's printed name and title*