IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

NOV - 8 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:10-cr-394 |
| v. | ) | |
| | ) | |
| PROSCOVIA KAMPIRE NZABANITA, | ) | Count 1:     18 U.S.C. § 1001 |
| | ) | (False Statement) |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT

On or about July 21, 2010, in Fairfax County, in the Eastern District of Virginia, the defendant, PROSCOVIA KAMPIRE NZABANITA, did unlawfully, knowingly, and willfully make material false statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States. In specific, NZABANITA falsely stated to a federal law enforcement agent investigating material support for a designated terrorist organization, in violation of 18 U.S.C. § 2339B, that the purpose of the trip on which Zachary Chesser attempted to embark at J.F.K. Airport in New York, on July 10, 2010, was to go to Uganda to retrieve her birth certificate, and falsely denied knowing that he attempted to fly to Uganda so that he could ultimately make his way to Somalia to help the terrorist group known as al-Shabaab, all in violation of Title 18, United States Code, Section 1001.

Neil H. MacBride
United States Attorney

By: _____

Gordon D. Kromberg
Assistant United States Attorney

October 6, 2010 (5:51pm)