*Making a false statement to a federal agent.*

# CRIMINAL MINUTES

DATE: **11-8-10**     CASE NUMBER: **1:10cr394**     START **3:00**

JUDGE: Gerald Bruce Lee     REPORTER: R. Wilson     END **3:40**

**United States**
v.
**Proscovia Kampire Nzabanita**

Counsel for Government: **Jordan Kromberg**

Counsel for Defendant(s): **David Smith**

Defendant Appeared (✓) In person ( ) Failed to Appear
( ) Without Counsel   (✓) With Counsel ( ) Through Counsel
Interpreter(s) Present ( ) _____
THIS MATTER CALLED FOR:  ( ) Arraignment  ( ) Motions  ( ) R. 35

( ) Change of Plea (✓) Pre-Indictment Plea ( ) R. 20 and Plea

( ) Set Trial Date ( ) Supervised Release/ Probation Violation

( ) Appeal from U.S. Magistrate Court ( ) Other _____

Motions heard / Details of Violation Hrg: **Filed in open Court: (✓) Waiver of Indictment (✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts**

ARRAIGNMENT AND PLEA: (✓) WFA ( ) FA (✓) PG ( ) PNG

Trial by Jury ( ) Demanded (✓) Waived __ Days to file Motions with Argument

on _____ at _____

Defendant entered Guilty plea as to Count(s) **The Criminal Info. filed. Court accepted the plea.**

Motion to Dismiss as to Count(s) _____ ( ) By US ( ) Deft

Order ( ) entered ( ) to follow     Referred to USPO for PSI (✓) Yes ( ) No

Case continued to **Jan 28, 2011 (Friday)** at **9:00** for ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

All exhibits to be filed w/ the Clerk ____ days prior to trial

BOND SET at: $ **25,000** (✓) Unsecured ( ) Surety (✓) Pers. Recognizance

(✓) Release Order entered ( ) Defendant Remanded (✓) Deft released on Bond

( ) Deft continued on Bond

DEFENDANT IS:   ( ) In Custody ( ) Summons Issued ( ) On Bond

( ) Warrant Issued (✓) First Appearance

*Cecilia Nzabanita is ∆'s mother. Travel restricted to DC, Md, Va. Atty to remain @ current address. Mother 3rd Pty Custodian (not present — to appear tomorrow at the Clerk's office, to sign as 3rd Pty Custodian).*