**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:10CR394 |
| | : | |
| **PROSCOVIA K. NZABANITA,** | : | (Judge Lee) |
| | : | |
| **Defendant** | : | |

**POSITION OF DEFENDANT WITH**
**RESPECT TO SENTENCING FACTORS**

COMES NOW the defendant, Proscovia Kampire Nzabanita, by David B. Smith, her court-appointed attorney, and submits this pleading in accordance with Rule 32 of the Federal Rules of Criminal Procedure, U.S.S.G. §6A1.2, and the Eastern District of Virginia "Policy Regarding Procedures to be Followed in Guideline Sentencing."  We concur with the computations of the probation office and have no objections to the presentence report.  Due to the unusual nature of the plea agreement we are not submitting a sentencing memo.

Respectfully submitted,

　/s/ David B. Smith
David B. Smith
VA Bar No. 25930
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911 / Fax (703) 548-8935
dsmith@englishandsmith.com
*Counsel for Defendant*

## Certificate of Service

I hereby certify that on the 24th day of January, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    AUSA Gordon D. Kromberg
    Office of the United States Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia  22314
    Gordon.Kromberg@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows:

    United States Probation Office
    401 Courthouse Square
    Alexandria, Virginia  22314-5797

    */s/ David B. Smith*
    David B. Smith
    VA Bar No. 25930
    English & Smith
    526 King Street, Suite 213
    Alexandria, Virginia  22314
    (703) 548-8911 / Fax (703) 548-8935
    dsmith@englishandsmith.com
    *Counsel for Defendant*