# CRIMINAL GUIDELINES SENTENCING MINUTES

Date: 1-28-11

Judge: Lee
Reporter: R. Wilson
Start: 9:16
End: 9:20

UNITED STATES OF AMERICA
VS.

Case Number: 1:10cr394

Proscovia Kampire Nzabanita

Counsel/Government: Gordon Kromberg
Counsel/Defendant: David Smith

Making a false statement to a federal official

Court adopts PSI ___ without exceptions ___ with exceptions: _____

Offense Level: ___
Criminal History: ___
Imprisonment Range: ___ to ___
Supervised Release Range: ___ to ___
Fine Range: X none
Special Assessment $ 100 w/in 60 days
Restitution $ ___

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: _____

BOP for ___ months   Probation for 3 years
Supervised Release for ___ years

per plea agreement

no costs

**SPECIAL CONDITIONS:**
___ Dft. to remain drug free, submit to In/Out patient testing as directed.
___ Dft. must participate in _____ counseling as directed.
___ No new credit
___ Access to all financial records.
___ Dft. must notify employer
___ Dft. must pay restitution in monthly install. of $___ to begin ___ days after release from custody.
✓ Drug testing waived @ discretion of P.O.
___ Home confinement for the first ___ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
✓ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.
✓ 48 hr. notice

**RECOMMENDATIONS TO BOP:**
___ Dft. designated to facility _____
___ Dft. designated to facility to receive intensive drug treatments.
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Dft. designated to minimum level security facility

Defendant ___ Remanded ___ Cont'd on Bond to Self-Surrender as directed by USMS
___ to be Deported Immediately

(✓) On probation