# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Alexandria Division


JAN 2 8 2011

UNITED STATES OF AMERICA
V.

**PROSCOVIA KAMPIRE NZABANITA,**

Defendant.

Case Number: 1:10CR00394-001

USM Number: 77418-083

Defendant's Attorney:
David B. Smith, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 of the single count criminal Information.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. 1001 | False official statement | Felony | July 21, 2010 | 1 |

As pronounced on January 28, 2011, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to 18 U.S.C. 3553 and the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 28th day of January 2011.

/s/
Gerald Bruce Lee
United States District Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 4 - Probation

Page 2 of 5

Defendant's Name: PROSCOVIA KAMPIRE NZABANITA
Case Number: 1:10CR00394-001

## SUPERVISED PROBATION

The defendant is hereby placed on supervised probation for a term of: THREE (3) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.
The defendant shall not commit another federal, state or local crime.
The defendant shall not unlawfully possess or use a controlled substance.
The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant
pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary
Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court
set forth below.
1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 3 of 5
    Sheet 4A - Probation

| | |
|---|---|
| Defendant's Name: | PROSCOVIA KAMPIRE NZABANITA |
| Case Number: | 1:10CR00394-001 |

# SPECIAL CONDITIONS OF SUPERVISED PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant is Ordered to cooperate in expedited procedures for removal or deportation from the United States of America.

2) The defendant shall not reenter the United States of America following removal or deportation during the term of supervised release and thereafter, she may only reenter with the express written consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security.

3) The defendant shall report to the United States Probation Office within 48 hours of arrival in the United States if she is allowed to legally reenter this country with the advanced written permission described above.

4) The condition of mandatory drug testing is hereby WAIVED, at the discretion of the Probation Officer, in the event that defendant is allowed in the United States with the advance, written permission specified.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 6 - Schedule of Payments

Page 4 of 5

Defendant's Name:    PROSCOVIA KAMPIRE NZABANITA  
Case Number:    1:10CR00394-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 5.

| COUNT | ASSESSMENT | FINE | RESTITUTION |
|---|---|---|---|
| Information | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | **$100.00** | **$0.00** | **$0.00** |

No fines have been imposed in this case.

The Court waives the cost of prosecution, incarceration, and supervised release.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case      Page 5 of 5
Sheet 6 - Schedule of Payments

Defendant's Name:     PROSCOVIA KAMPIRE NZABANITA
Case Number:     1:10CR00394-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due within SIXTY (60) DAYS.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.